# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSE FEBUS MARRERO, et al. | |
| Plaintiffs | Civil No. 97-2478(SEC) |
| v. | |
| NAVIERAS NPR, INC., et al. | |
| Defendants | |

## JUDGMENT

Pursuant to the opinion and order of even date, this case is hereby **DISMISSED** with prejudice. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 31st day of March, 2000.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev. 8/82)